| NAME OF BANKRUPT/DEBTOR | | | DOCKET NO. |
|---|---|---|---|
| LAKESIDE GENERAL HOSPITAL, a Mich. Non-Profit Corp. | | | 79-03463-P |
| CLAIM NO. | NAME AND ADDRESS OF CLAIMANT (and name and address of attorney, if any) | AMOUNT OF CLAIMS FILED AND ALLOWED | REMARKS |
| 1 | DATE FILED: 11-15-79  Morris Management Co. | FILED 23,750.00 $ ~~23,750.00~~ ALLOWED $ | amend 3/15/85 |
| 2 | DATE FILED: 11-15-79  Community Medical Management Corp. | FILED 831,492.85 $ ~~457,592.82~~ ALLOWED $ | amend 3/14/85 |
| 3 | DATE FILED: 11-15-79  Professional Laboratory | FILED 929,297.50 $ ~~1,004,765.50~~ ALLOWED $ | amend 3/14/85 |
| 4 | DATE FILED: 11-15-79  Edgewater Laboratories | FILED 390,137.58 $ ~~43,837.40~~ ALLOWED $ | amend 3/14/85 |
| 5 | DATE FILED: 11-15-79  CM Development | FILED 33,254.82 $ ~~30,385.86~~ ALLOWED $ | amend 3/14/85 |
| 6 | DATE FILED: 11-15-79  Kimberly Nurses P.O. Box 956 Mission, KS | FILED 4342.20 $ ~~5,497.95~~ ALLOWED $ | reduced see GP #107 |
| 7 | DATE FILED: 11-15-79  Adams Electirc Sales 1466 Brush Detroit, Mi. | FILED $ 419.35 ALLOWED $ | |
| 8 | DATE FILED: 11-15-79  Abbott Laboratories 14th & Sheridan Rd. North Chicago, Ill. | FILED $ 32,336.64 ALLOWED $ | DISALLOWED See GP #108 |
| 9 | DATE FILED: 11/20/79  Continental Paper & Supply Co. 4520 Jeffries Detroit, MI 48208 | FILED $ 5,069.62 ALLOWED $ | |

| NAME OF BANKRUPT/DEBTOR | | | DOCKET NO. | |
|---|---|---|---|---|
| CLAIM NO. | NAME AND ADDRESS OF CLAIMANT (and name and address of attorney, if any) | AMOUNT OF CLAIMS FILED AND ALLOWED | REMARKS | |
| 10 | DATE FILED: 11/20/79<br>Pfizer, Inc.<br>235 E. 42nd St.<br>NY, NY 10017 | FILED $3,584.79<br>ALLOWED $ | | |
| 11 | DATE FILED: 11/21/79<br>The Evening News<br>The Detroit News<br>6200 Metroplitan Parkway, Sterling Hgts., MI 48077 | FILED $ ----<br>ALLOWED $ | | |
| 12 | DATE FILED: 11/23/79<br>Schering Corp.<br>2000 Galloping Hill Rd.<br>Kenilworth, NJ | FILED $1,250.78<br>ALLOWED $ | | |
| 13 | DATE FILED: 11/21/79<br>Mikamara Enterprises<br>22255 Greenfield Rd.<br>Southfield, MI 48075 | FILED $10,992.46<br>ALLOWED $ | | |
| 14 | DATE FILED: 11/23/79<br>Breon Laboratories, Inc.<br>90 Park Ave.<br>New York, New York | FILED $109.24<br>ALLOWED $ | | |
| 15 | DATE FILED: 11/23/79<br>Winthrop Laboratories Div. of Sterling Drug, Inc.<br>90 Park Ave. N.Y.,N.Y. | FILED $1,666.84<br>ALLOWED $ | | |
| 16 | DATE FILED: 11/23/79<br>Physicians' Record Co.<br>3000 So. Ridgeland Ave.<br>Berwyn, IL | FILED $77.31<br>ALLOWED $ | | |
| 17 | DATE FILED: 11/23/79<br>PYA/Monarch Foodservice<br>5343 Bellevue<br>Detroit, MI 48211 | FILED $21,562.15<br>ALLOWED $ | | |
| 18 | DATE FILED: 11/26/79<br>Seven Up Bottling Co. | FILED $1,468.95<br>ALLOWED $ | | |

FPI-MI—1-12-76-200M-5052

| NAME OF BANKRUPT/DEBTOR | | DOCKET NO. |
|---|---|---|
| Lakeside General Hospital | | 79-03463 |

| CLAIM NO. | NAME AND ADDRESS OF CLAIMANT (and name and address of attorney, if any) | AMOUNT OF CLAIMS FILED AND ALLOWED | REMARKS |
|---|---|---|---|
| 19 | DATE FILED: 11/27/79<br><br>Wyeth Laboratories<br>P. O. Box 91549<br>Cleveland, Ohio 44101 | FILED<br>$ 2,877.17<br>ALLOWED<br>$ | |
| 20 | DATE FILED: 11/28/79<br><br>American Hospital Equipment<br>345 E. Nine Mile Rd.<br>Ferndale, MI 48220 | FILED<br>$ 310.00<br>ALLOWED<br>$ | |
| 21 | DATE FILED: 11/28/79<br><br>Bokstanz Brothers Co.<br>13045 Hillview<br>Detroit, MI 48227 | FILED<br>$ 8,605.38<br>ALLOWED<br>$ | |
| 22 | DATE FILED: 11/30/79<br><br>Fortran Computer Corp.<br>29451 Greenfield<br>Southfield, MI 48076 | FILED<br>$ 45,925.00<br>ALLOWED<br>$ | |
| 23 | DATE FILED: 11/29/79<br><br>Supreme Security Services, Inc.<br>11380 Greenfield<br>Detroit, MI 48227 | FILED<br>$ 18,572.87<br>ALLOWED<br>$ | |
| 24 | DATE FILED: 11/30/79<br><br>Olympus Corp. of America<br>4 Nevada Dr.<br>New Hyde Park, New York 11042 | FILED<br>$ 164.27<br>ALLOWED<br>$ | |
| 25 | DATE FILED: 12/3/79<br><br>Freeman Nursing Service<br>16265 Wyoming Ave.<br>Detroit, MI 48221 | FILED<br>$ 7,273.70<br>ALLOWED<br>$ | |
| 26 | DATE FILED: 12/3/79<br><br>Warner-Lambert<br>Two Ridgedale<br>Morris Plains, New Jersey | FILED<br>$ ~~1,003.94~~<br>ALLOWED<br>$ | Disallow - see GP #109 |
| 27 | DATE FILED: 12/3/79<br><br>DuBois Chemicals<br>DuBois Tower<br>Cincinnati, Ohio 45202 | FILED<br>$ 355.42<br>ALLOWED<br>$ | |

| CLAIM NO. | NAME AND ADDRESS OF CLAIMANT (and name and address of attorney, if any) | AMOUNT OF CLAIMS FILED AND ALLOWED | REMARKS |
|---|---|---|---|
| 28 | DATE FILED: 12/4/79<br><br>Peter Theodore, Inc.<br>P. O. Box 15042<br>Detroit, MI 48215 | FILED<br>$ 2,423.95<br>ALLOWED<br>$ | |
| 29 | DATE FILED: 12/4/79<br><br>City of Detroit<br>1st Floor City-County Bldg. Rm. 104<br>Detroit, MI 48226 | FILED<br>$ 15,164.44<br>ALLOWED<br>$ | Priority<br>**Withdrawn 10-17-95**<br>**see g.p. # 733** |
| 30 | DATE FILED: 12/5/79<br><br>Fisher Scientific Co.<br>711 Forbes Ave.<br>Pittsburgh, Pennsylvania | FILED<br>$ 2,425.60<br>ALLOWED<br>$ | |
| 31 | DATE FILED: 12/6/79<br><br>Uarco Inc.<br>West County Line Rd.<br>Barrington, IL | FILED<br>$ 3,029.96<br>ALLOWED<br>$ | |
| 32 | DATE FILED: 12/6/79<br><br>Merck Sharp & Dohme<br>4242 Janitrol Rd.<br>Columbus, Ohio 43228 | FILED<br>$ 1,731.59<br>ALLOWED<br>$ | |
| 33 | DATE FILED: 12/6/79<br><br>Graphic Controls Corp.<br>189 Van Rensselaer<br>Buffalo, New York | FILED<br>$ 343.35<br>ALLOWED<br>$ | |
| 34 | DATE FILED: 12/7/79<br><br>Internal Revenue Service<br>P. O. Box 32507<br>Detroit, MI 48232 | FILED<br>*11,594.67*<br>~~$137,537.31~~<br>ALLOWED<br>$ | *Consolidated 8/10/82*<br>Taxes *5/15/80 & 3/20/82*<br>**disallowed per g.p. # 202(11-7-95)** |
| 35 | DATE FILED: 12/7/79<br><br>Mikamara Enterprises, Inc.<br>d/b/a Staff Builders Health Care<br>22255 Greenfield Rd.<br>Southfield, MI 48975 | FILED<br>$ 11,381.26<br>ALLOWED<br>$ | |
| 36 | DATE FILED: 12/7/79<br><br>CIBA-GEIGY Corp.<br>444 Saw Mill River Rd.<br>Ardsley, New York | FILED<br>$92.11<br>ALLOWED<br>$ | |

FPI-MI—1-12-76-200M-5052

LAKESIDE GENERAL HOSPITALS                                    79-03463-P

| CLAIM NO. | NAME AND ADDRESS OF CLAIMANT (and name and address of attorney, if any) | AMOUNT OF CLAIMS FILED AND ALLOWED | REMARKS |
|---|---|---|---|
| 37 | DATE FILED: 12-10-79<br>Detroit Edison<br>P.O. Box 2859<br>Detroit, Mi. | FILED<br>$ 17,812.26<br>ALLOWED<br>$ | |
| 38 | DATE FILED: 12/10/79<br>ICI Americas, Inc.<br>Stuart Pharmaceuticals Division<br>Wilmington, Delaware 19897 | FILED<br>$ 593.84<br>ALLOWED<br>$ | |
| 39 | DATE FILED: 12/10/79<br>Hoechst-Roussel Pharmaceuticals<br>1041 Route 202-206 North<br>Somerville, NJ 08876 | FILED<br>$ 1,673.89<br>ALLOWED<br>$ | |
| 40 | DATE FILED: 12/10/79<br>Angelica Uniform Group, Inc.<br>P. O. Box 14302 F<br>St. Louis, MO 63150 | FILED<br>$ 487.39<br>ALLOWED<br>$ | |
| 41 | DATE FILED: 12/10/79<br>William H. Rorer, Inc.<br>Fort Washington, PA 19034 | FILED<br>$ 305.00<br>ALLOWED<br>$ | |
| 42 | DATE FILED: 12/12/79<br>Northwestern K & L Meat Co.<br>1413 Gratiot Ave., Detroit, MI | FILED<br>$ 1,114.11<br>ALLOWED<br>$ | |
| 43 | DATE FILED: 12/12/79<br>Randolph Surgical Supply Co.<br>10770 Galaxie- Ferndale, MI | FILED<br>$ 8,732.22<br>ALLOWED<br>$ | |
| 44 | DATE FILED: 12/13/79<br>Curtin Mtheson Scientific, Inc.<br>4220 Jefferson<br>Houston, Texas | FILED<br>$ 929.40<br>ALLOWED<br>$ | |
| 45 | DATE FILED: 12/17/79<br>Metropolitan Coffee Co.<br>SIDNEY B. GOLDIN<br>3530 W. Peterson Ave.<br>Chicago, IL 60659 | FILED<br>$ 1,453.54<br>~~2,734.17~~<br>ALLOWED<br>$ | reduced see GP #110 |

FORM BK 75 - REVISED SEP 79                    CLAIMS REGISTER                    UNITED STATES DISTRICT COURTS