| CLAIM NO. | NAME AND ADDRESS OF CLAIMANT (and name and address of attorney, if any) | AMOUNT OF CLAIMS FILED AND ALLOWED | REMARKS |
|---|---|---|---|
| **NAME OF BANKRUPT/DEBTOR:** LAKESIDE GENERAL HOSPITAL | | **DOCKET NO.** 79-03463-G | |
| 163 | DATE FILED: 3/7/80<br>David K. Foust<br>Asst. Atty General<br>1200 Sixth Ave., Suite 1800<br>Detroit, MI 48226 | FILED $ 4,751.30<br>ALLOWED $ | Priority<br>**withdrawn 10-10-95<br>per g.p. 196** |
| 164 | DATE FILED: 3/12/80<br>Practical Management Consulting, Inc.<br>3925 Rochester Road<br>Royal Oak, MI 48073 | FILED $~~16,565.03~~<br>ALLOWED $ | disallow see GP #123<br>AMENDED |
| 165 | DATE FILED: 3/17/80<br>K & K Plumbing & Heating Co.<br>595 Forest, Suite 8B<br>Plymouth, MI 48170 | FILED $ 2,010.00<br>ALLOWED $ | **allowed as uns. see gp 198**<br>Secured |
| 166 | DATE FILED: 3/19/81<br>Mary Lee Anderson<br>16666 Lesure<br>Detroit, MI | FILED $ 427.68<br>ALLOWED $ | Wages |
| 167 | DATE FILED: 3/19/81<br>Corazon Enriquez<br>3967 Haverhill<br>Detroit, MI 48224 | FILED $ 434.33<br>ALLOWED $ | **allowed per g.p. 198**<br>Wages |
| 168 | DATE FILED: 3/31/80<br>Standard Register Company<br>626 Albany Street<br>Dayton, Ohio | FILED $ 600.19<br>ALLOWED $ | |
| 169 | DATE FILED: 4/27/81<br>Linda Blake Rupert<br>16566 Stoepel<br>Detroit, MI 48221 | FILED $ 42.63<br>ALLOWED $ | Wages |
| 170 | DATE FILED: 6/10/80<br>Regal Cleaners, Inc.<br>18603 Wyoming<br>Detroit, MI 48221 | FILED $ 3,669.90<br>ALLOWED $ | |
| 171 | DATE FILED: 6/19/80<br>American Ambulance Co.<br>1050 Trumbull<br>Detroit, MI 48216 | FILED $~~2,601.80~~<br>ALLOWED $ | disallow see GP #124 |

| CLAIM NO. | NAME AND ADDRESS OF CLAIMANT (and name and address of attorney, if any) | AMOUNT OF CLAIMS FILED AND ALLOWED | REMARKS |
|---|---|---|---|
| 172 | DATE FILED: 6/23/81<br>Hoechst-Roussel Pharmaceuticals, Inc.<br>Route 202-206 North<br>Somerville, NJ 08876 | FILED $1,673.89<br>ALLOWED $ | |
| 173 | DATE FILED: 6/28/80<br>Merck, Sharp & Dohme<br>4242 Janitrol Road<br>P.O. Box 28040<br>Columbus, OH 43288 | FILED $442.16<br>ALLOWED $ | |
| 174 | DATE FILED: 7/24/81<br>Etta Lee Collins<br>2110 Guardian Building<br>Detroit, MI 48226 | FILED $ In excess of 1,000,000.00<br>ALLOWED $ | |
| 175 | DATE FILED: 1/29/81<br>Health-Care Computer Center, Inc.<br>2310 Cass Avenye<br>Detroit, MI 48201 | FILED $11,799.91<br>ALLOWED $ | |
| 176 | DATE FILED: 11/1/83<br>David K. Foust<br>Asst. Atty General<br>1200 Sixth Avenue, Suite 1800<br>Detroit, MI 48226 | FILED $38,150.49 $42,006.93 $4,751.30<br>ALLOWED 47,180.82<br>$ | Amd. 7/11/91 Priority<br>Amd 12/18/91 priority/secured<br>withdrawn 10-10-95 per g.p. 196 |
| 177 | DATE FILED: 1/12/84<br>Debra Taylor<br>c/o Robert F. Garvey, Esq.<br>19900 E. Ten Mile Road<br>St. Clair Shores, MI 48080 | FILED $20,000<br>ALLOWED $ | |
| 178 | DATE FILED: 3/29/84<br>Economics Laboratory Inc<br>370 Wabasha<br>St Paul Minn 55102 | FILED $36.45<br>ALLOWED $ | |
| 179 | DATE FILED: 8/2/84<br>Lyndora Motley, by (her next friend)<br>Costella MOtley<br>2501Cadillac<br>Detroit MI 48214 | FILED $6000.00<br>ALLOWED $ | |
| 180 | DATE FILED: 4/4/85<br>David J. Likavec<br>1501 Dorthen<br>Grosse Pte. Wds. MI 48236 | FILED $ 3019.00<br>ALLOWED $ | |

FPI-MI—1-12-76-200M-5052

| NAME OF DEBTOR | | | CASE NO. |
|---|---|---|---|
| LAKESIDE GENERAL HOSPITAL, A MI Non-profit Corp | | | 79-03463-P |
| CLAIM NO. | NAME AND ADDRESS OF CLAIMANT | AMOUNT OF CLAIMS FILED & ALLOWED | REMARKS |
| 181 | Date Filed: 4/15/85<br>Peter Warzocha<br>9628 Beaverland<br>DEtroit MI 48239 | FILED<br>$1700.00<br>ALLOWED | wages |
| 182 | Date Filed: 4/16/85<br>Clifton Williams<br>5418 Sheridan<br>Detroit MI 48214 | FILED<br>$1595.44<br>ALLOWED | priority |
| 183 | Date Filed: 4/17/85<br>Joseph M. Kovacic<br>37801 Greenwich<br>MT Clemens MI 48043 | FILED<br>$1178.76<br>ALLOWED | wages |
| 184 | Date Filed: 4/17/85<br>Olene Brymer<br>30645 Quinbert<br>Roseville MI 48066 | FILED<br>$375.00<br>ALLOWED | wages |
| 185 | Date Filed: 4/17/85<br>Waurine Kirkpatrick<br>20900 Behrendt #3<br>Warren MI 48091 | FILED<br>$1580.07<br>ALLOWED | priority |
| 186 | Date Filed: 4/18/85<br>Doris Sealy<br>8286 Kentucky<br>Detroit MI 48204 | FILED<br>$2971.47<br>ALLOWED | |
| 187 | Date Filed: 4/18/85<br>Freddie Givens<br>15385 Dexter<br>Detroit MI 48238 | FILED<br>$847.88<br>ALLOWED | |
| 188 | Date Filed: 4/19/85<br>Robert Carl Goodenow<br>6116 Lodewyck<br>Detroit MI 48224 | FILED<br>$1232.00<br>ALLOWED | |
| 189 | Date Filed: 4/22/85<br>Gloria C. White<br>426 W. Grand Blvd<br>Detroit MI 48216 | FILED<br>$undetermined<br>ALLOWED | |

| CLAIM NO. | NAME AND ADDRESS OF CLAIMANT | AMOUNT OF CLAIMS FILED & ALLOWED | REMARKS |
|---|---|---|---|
| 190 | Date Filed: 4/22/85<br>Norman E. Caldwell<br>426 W. Grand Blvd<br>Detroit MI 48216 | FILED<br>$ undetermined<br>ALLOWED | |
| 191 | Date Filed: 4/22/85<br>Cynthia L. Welch<br>13836 Hendricks<br>Warren MI 48089 | FILED<br>$862.63<br>ALLOWED | priority |
| 192 | Date Filed: 4/22/85<br>Margaret Jones<br>13935 Piedmont Ave<br>Detroit MI 48223 | FILED<br>$1101.32<br>ALLOWED | priority |
| 193 | Date Filed: 4/22/85<br>Marilyn Aaron<br>5500 Trumbull, Apt. 311<br>Detroit MI 48208 | FILED<br>$952.00<br>ALLOWED | |
| 194 | Date Filed: 4/22/85<br>Crezelle Fike<br>614 E. Euclid<br>Detroit MI 48202 | FILED<br>$1200.00<br>ALLOWED | |
| 195 | Date Filed: 4/22/85<br>Waurine Kirkpatrick<br>20900 Behrendt #3<br>Warren MI 48091 | FILED<br>$ 1580.07<br>ALLOWED | priority |
| 196 | Date Filed: 4/23/85<br>Robert Lee Kennedy<br>1675 W Euclid<br>Detroit MI 48206 | FILED<br>$ undetermined<br>ALLOWED | |
| 197 | Date Filed: 4/24/85<br>Ruby Love Foster<br>20237 Annchester<br>Detroit MI 48219 | FILED<br>$<br>ALLOWED | see claim |
| 198 | Date Filed: 4/29/85<br>Barbara Jean McCoy<br>2655 Collingwood<br>Detroit MI 48206 | FILED<br>$768.00<br>ALLOWED | |